# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jose De Jesus Delarosa,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14-MJ-00199<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Tuesday, May 20, 2014_____, _____, at __3:00_____ ☐a.m. / ☒p.m. before the Honorable __SHERI PYM_____, in Courtroom __4-3rd Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5-15-14_____     _____ SHERI PYM __[signature]__
                                               ~~U.S. District Judge~~/(Magistrate Judge)